AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Calabresi, Guido | U.S. Court of Appeals, 2nd Cir | 08/07/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of Appeals Judge, Senior Status | ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. Court of Appeals, 2nd Cir
157 Church Street
New Haven, CT 06510-2030

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Sterling Professor Emeritus, Professorial Lecturer | Yale Law School, 11/01/1995 - present |
| 2. | Honorary Trustee - Unpaid | Carolyn Foundation, MN, 01/01/1996 - present |
| 3. | Member, Scientific Committee- Unpaid | Centro Nazionale Prevenzione e Difesa Sociale, 1988 - present |
| 4. | Member - Unpaid | International University College, Turin Board, 2007 - present |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Present | Right to be Professorial Lecturer, Yale University, upon retirement (See Attachments A and B) |
| 2. | Present | Right to use accumulated (approximately $500) research and travel fund, Yale University, even after retirement |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 08/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Yale University - part-time teaching | $162,704.40 |
| 2. 2012 | Yale University Press - royalties for previously written book | $265.92 |
| 3. 2012 | W.W. Norton & Co. - royalties for previously written book | $134.70 |
| 4. 2012 | Author's Registry - copyright payments for previously written books, etc. | $125.81 |
| 5. 2012 | Harvard University Press - royalties for previously written book | $63.98 |
| 6. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale University Law School | 12/14/11 (reimbursement received in 2012) | New Haven, CT | Academic Meeting | Travel |
| 2. | Yale University Law School | 01/04/12 - 01/06/12 | Washington, DC | Academic Meeting | Travel, food, lodging |
| 3. | Centro Nazionale di Prevenzione e Difesa | 01/19/12 | Milan, Italy | Academic Meeting | Travel |

| 4. | International University College, Italy | 01/23/12 -01/25/12 | Turin, Italy | Lectures | Travel, food, lodging |
| 5. | Harvard Law School | 02/11/12 | Cambridge, MA | Lecture | Travel, food |
| 6. | Centro Nazionale di Prevenzione e Difesa | 03/15/12 | Milan, Italy | Academic Meeting | Travel |
| 7. | Universita degli Studi Macerata | 03/18/12 - 03/21/12 | Macerata, Italy | Lectures | Travel, food, lodging |
| 8. | Yale University Law School | 04/11/12 | New Haven, CT | Academic Meeting | Food |
| 9. | American Law and Economics Association | 05/17/12 - 05/19/12 | Stanford, CA | Lectures | Travel, food, lodging |
| 10. | Seth Grossman | 06/02/12 | Long Island, NY | Officiate at wedding | Travel |
| 11. | Touro Law Center | 09/19/12 | Central Islip, NY | Moot court | Travel |
| 12. | Yale Law School | 09/28/12 | Philadelphia, PA | Delivered eulogy | Travel |
| 13. | CEVRO Institute | 10/25/12 - 10/27/12 | Prague, Czech Republic | Lectures | Travel, food, lodging |
| 14. | Centro Nazionale di Prevenzione e Difesa | 11/08/12 - 11/10/12 | Milan, Italy | Academic Meeting | Travel, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 08/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 08/07/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Mass Mutual (whole life) Insurance | B | Dividend | L | T | | | | | |
| 2. | New York Life (whole life) Insurance | A | Dividend | L | T | | | | | |
| 3. | AIG Sun America (whole life) Insurance | | None | K | T | | | | | |
| 4. | House and adjacent lot - Bethany,CT (Y) | | | | | | | | | |
| 5. | Bank of America checking account | A | Interest | K | T | | | | | |
| 6. | Bank of America IMMA account | A | Interest | J | T | | | | | |
| 7. | Banca CR. Firenze (formerly Intesa -San Paolo) checking acct | A | Interest | K | T | | | | | |
| 8. | Merrill Lynch Bank & Trust USA - cash | A | Interest | P1 | T | | | | | |
| 9. | I Shares T S&P 500 (mutual fund) @ Merrill Lynch | D | Dividend | O | T | | | | | |
| 10. | I Shares T S&P Mid-Cap M400 (mutual fund) @ Merrill Lynch(Y) | | | | | | | | | |
| 11. | American Growth Fund Mutual Fund @ Merrill Lynch | D | Dividend | M | T | Donated (part) | | | | |
| 12. | Trust #1, income beneficiary | G | Int./Div. | P2 | T | | | | | |
| 13. | --First Am. Tax Free Oblig Fund (cash equiv.) | | | | | | | | | |
| 14. | --Nuveen Mid Cap Select Fund (mutual fund) | | | | | | | | | |
| 15. | --Nuveen International Fund (mutual fund) | | | | | | | | | |
| 16. | --Nuveen International Select Fund (mutual fund) | | | | | | | | | |
| 17. | --General Mills (common) | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 08/07/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | --American Funds: Investment Co. of America (mutual fund) | | | | | | | | | |
| 19. | Trust #2, income beneficiary | F | Int./Div. | P1 | T | | | | | |
| 20. | --First Am. Tax Free Oblig. Fund (cash equiv.) | | | | | | | | | |
| 21. | --American Funds: Investment Co. of America (mutual fund) | | | | | | | | | |
| 22. | --Minnesota Mining & Mfg. (common) | | | | | | | | | |
| 23. | --Nuveen Small Cap Fund (mutual fund) | | | | | | | | | |
| 24. | --Nuveen Mid-Cap Select Fund Cl Y (mutual fund) FATIX | | | | | | | | | |
| 25. | --Nuveen. International Fund (mutual fund) | | | | | | | | | |
| 26. | --Nuveen International Select Fund (mutual fund) | | | | | | | | | |
| 27. | Trust #3, income beneficiary | G | Int./Div. | P2 | T | | | | | |
| 28. | --Darden Restaurants (common) | | | | | | | | | |
| 29. | --Exxon (common) | | | | | | | | | |
| 30. | --General Mills (common) | | | | | | | | | |
| 31. | --IBM (common) | | | | | | | | | |
| 32. | --JP Morgan (common) | | | | | | | | | |
| 33. | --AT&T Inc. (common) | | | | | | | | | |
| 34. | --US Bancorp (common) | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 08/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | --American Funds: Invesment Co. of America (mutual fund) | | | | | | | | | |
| 36. | --Merrill Lynch Bank & Trust USA - cash | | | | | | | | | |
| 37. | --Thorium Ltd (common) | | | | | Sold | 08/27/12 | M | D | |
| 38. | --Am. Growth Fund ( mutual fund) | | | | | | | | | |
| 39. | --Am. Euro Pacific Growth Fund (mutual fund) | | | | | | | | | |
| 40. | Trust #4, income beneficiary | E | Int./Div. | P1 | T | | | | | |
| 41. | --Merrill Lynch Bank USA - CMA Money Fund (cash equiv.) | | | | | | | | | |
| 42. | --I Shares T S&P 500 (mutual fund) | | | | | | | | | |
| 43. | Trust #5, income beneficiary | G | Int./Div. | P1 | T | | | | | |
| 44. | --Bank of America (common) | | | | | | | | | |
| 45. | --Morgan Stanley Emerging Market Fd. (mutual fund) | | | | | | | | | |
| 46. | --Bank of America checking account - Cash | | | | | | | | | |
| 47. | Guido Calabresi Retirement, TIAA-CREF | D | Distribution | O | T | Distributed (part) | 01/09/12 | P1 | | |
| 48. | Bank of America (common) @ Merrill Lynch | A | Dividend | M | T | | | | | |
| 49. | Trust #6, income beneficiary | F | Int./Div. | P1 | T | | | | | |
| 50. | --Grantham, Mayo, Van Otterloo (mutual funds) | | | | | | | | | |
| 51. | American Funds: Investment Co. of America (mutual fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 08/07/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-46 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Citigroup Inc. (common) @ Merrill Lynch | A | Dividend | M | T | | | | | |
| 53. | ROTH IRA#1, SPDR Dow Jones Total Market ETF (TMW) | G | Int./Div. | P1 | T | Buy | 01/09/12 | P1 | | |
| 54. | ROTH IRA#2, SPDR Dow Jones Large Cap ETF (ELR) | G | Int./Div. | P1 | T | Buy | 01/09/12 | P1 | | |
| 55. | ROTH IRA#3, SPDR Dow Jones Mid Cap ETF (EMM) | G | Int./Div. | P1 | T | Buy | 01/09/12 | P1 | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes: (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 08/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 1. POSITIONS

Line 4- Assets of the Carolyn Foundation are not listed because my position as Trustee is "Honorary" only. I have no functional responsibilities with regard to the foundation.

Part VII INVESTMENTS AND TRUSTS

I have not included my personal residence in Connecticut and some of its adjacent land; an apartment and caretaker's apartment and an olive grove in Italy held for vacation trips and not for investment or the production of income and a fishing camp in Maine held for vacation trips and not for investment or the production of income. Nor did I include land in Maine, near the above mentioned fishing camp, which a family member and I purchased in 2007 and on which we placed a conservation easement to protect it in perpetuity; this has now been given away. The gift was completed in January 2013. All of the other above items, except for the olive grove, were given on December 14, 2012 to Family Trusts, Nancy Blair, Esquire, Trustee.

Assets # 4, #10, and #11 were gifted in whole or part to a new Family Trust for the benefit of my descendents on 12/14/12. Nancy Blair, Esq is the Trustee.

Trusts #3, #4, and #5 in Part VII (Assets #27, #40, and #43) and the retirement accounts described in Part VII (Assets #53, #54, and #55) did not distribute any income to me or to an immediate family member. Income was earned and not distributed. Items #43, #53, #54 and #55: Since the reports that I received did not distinguish between realized and unrealized gains, I have included all gains in my income figure.

Asset #47 was partially rolled over into ROTH IRAs (Assets #53, #54, and #55)

Trust #6 (Asset #49) in Part VII is a Charitable Remainder Unitrust established in 1995 by a family member and me.. The family member and I are 5.5% income beneficiaries during our lives or 20 years, whichever is longer. The trustee is instructed to invest the money in widely diversified mutual or money market funds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Guido Calabresi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544